**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| PAIGE GATES, | ) | Case 3:23-cv-00465-DJS |
|    *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of Social Security, | ) | |
|    *Defendant*. | ) | |

### Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Paige Gates, |
| By Her Attorneys, | By Her Attorney, |
| | |
| Carla B. Freedman, | |
| United States Attorney | |
| | |
| */s/ Candace Brown Casey* | */s/ Peter A. Gorton* |
| Special Assistant United States Attorney | Peter A. Gorton |
| Office of Program Litigation, Office 2 | Lachman & Gorton |
| Office of the General Counsel | 1500 E. Main Street |
| Social Security Administration | P.O. Box 89 |
| 6401 Security Boulevard | Endicott, NY 13761 |
| Baltimore, MD 21235 | (607) 754-0500 |
| (212) 264-2438 | office@lglaw.org |
| candace.m.brown.casey@ssa.gov | |

IT IS SO ORDERED:

_____
Daniel J. Stewart
U.S. Magistrate Judge

Dated: 10/10/2023
       Albany, NY