# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Paige Gates**
          Plaintiff(s)

vs.                            **CASE NUMBER: 3:23-cv-465 (DJS)**

**Kilolo Kijakazi**
**Acting Commissioner of Social Security**
          Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON STIPULATION FOR REMAND: pursuant to the fourth sentence of 42 U.S.C. § 405(g).

All of the above pursuant to the order of the Honorable **Daniel J. Stewart**, dated October 10, 2023.

DATED: October 12, 2023

*[signature: John Domurad]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk